UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : INDICTMENT

    - v. - : 19 Cr.

ANTHONY YOUNG,
    a/k/a "Royalty,"

               Defendant.

- - - - - - - - - - - - - - - X

**19 CRIM 256**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 10 2019

## COUNT ONE

(Sex Trafficking of Minor Victim-1)

The Grand Jury charges:

1. Between on or about May 6, 2016 and at least in or about August 2016, in the Southern District of New York and elsewhere, ANTHONY YOUNG, a/k/a "Royalty," the defendant, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a person, and did benefit, financially and by receiving anything of value, from participating in a venture which has engaged in any such act, and having had a reasonable opportunity to observe such person, knowing and in reckless disregard of the fact the person had attained the age of 14 years but had not attained the age of 18 years at the time ("Minor Victim-1"), and would be caused to engage in commercial sex acts, to wit, YOUNG recruited, enticed, harbored, transported,

provided, obtained, maintained, advertised, patronized, and solicited Minor Victim-1, a fifteen-year-old girl, who was then caused to engage in at least one commercial sex act.

(Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 2.)

## COUNT TWO

### (Sex Trafficking of Minor Victim-2)

The Grand Jury further charges:

2.  From at least on or about May 5, 2016 to at least on or about May 31, 2016, in the Southern District of New York and elsewhere, ANTHONY YOUNG, a/k/a "Royalty," the defendant, knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, advertised, maintained, patronized, and solicited by any means a person, and did benefit, financially and by receiving anything of value, from participating in a venture which has engaged in any such act, and having had a reasonable opportunity to observe such person, knowing and in reckless disregard of the fact the person had attained the age of 14 years but had not attained the age of 18 years at the time ("Minor Victim-2"), and would be caused to engage in commercial sex acts, to wit, YOUNG recruited, enticed, harbored, transported, provided, obtained, maintained, advertised, patronized, and solicited Minor Victim-2, a fifteen-year-old girl, who was then caused to engage in at least one commercial sex act.

2

(Title 18, United States Code, Sections 1591(a)(1), (b)(2) and 2.)

**FORFEITURE ALLEGATION**

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, ANTHONY YOUNG, a/k/a "Royalty," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real and personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts One and Two, and any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One and Two, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

**Substitute Assets Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

   e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 981, and 1594;
       Title 21, United States Code, Section 853; and
       Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**ANTHONY YOUNG,**
 a/k/a "Royalty,"

Defendant.

---

INDICTMENT

19 Cr.

(18 U.S.C. §§ 1591(a)(1) and (b)(2) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*/s/ Foreperson IV*
Foreperson

---

*Indictment*
*Assigned to Judge Stein*
*1 Arrest warrant*
*Judge Netburn 4/4/19*