

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

January 23, 2020

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States of America v. Anthony Young
19 Cr. 256 (SHS)
Request for an Adjournment of Sentencing

Dear Judge Stein:

I was appointed counsel for Mr. Rainford pursuant to the Criminal Justice Act (CJA). Mr. Young pleaded guilty before Your Honor and sentencing was scheduled for January 30, 2020. During the Presentence interview, Mr. Young disclosed some events from his background that counsel believes would require a mitigation expert in order to place those events in the proper context. The defense has found a mitigation expert who is also a psychologist who has agreed to work on Mr. Young's case. The defense would respectfully request an adjournment of sentencing until a date in early March 2020. No other application to adjourn sentencing has been made. I apologize for the delay in making this request. The Government does not object to this request.

Respectfully submitted,

/s/

Calvin H. Scholar

*The sentencing is adjourned to March 3 at 2:30 pm. Defense submissions are due by Feb. 21.*

cc: United States Attorney for the
Southern District of New York

SO ORDERED 1/24/2020

SIDNEY H. STEIN
U.S.D.J.