

**CH SCHOLAR**
LAW FIRM, P.L.L.C

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

February 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States of America v. Anthony Young</u>
19 Cr. 256 (SHS)

**MEMO ENDORSED**

Dear Judge Stein:

I was appointed counsel for Mr. Young pursuant to the Criminal Justice Act (CJA). Mr. Young pleaded guilty before Your Honor and sentencing was scheduled for March 3, 2020 with defense sentencing submissions to be filed by February 14, 2020. The defense obtained a mitigation expert who was also a psychologist based upon the issues Mr. Young disclosed during his Presentence interview. However, the mitigation report will not be completed by February 14, 2020 although all of the collateral interviews have been conducted. The defense would respectfully request an adjournment of sentencing until a date in the middle of April 2020. The additional time is necessary so that I can have adequate time to review the report with Mr. Young. Mr. Young is currently serving a state sentence until at least 2028 and the findings of the report are important to him. In addition, I will not be in New York during the last week of March 2020 and the first week of April 2020 due to a previously scheduled family matter. This is the second request for an adjournment. The Court had previously granted the defense an adjournment in order to obtain a mitigation expert who was also a psychologist. The Government does not object to this request.

Respectfully submitted,

/s/

Calvin H. Scholar

cc: United States Attorney for the Southern District of New York

*The sentencing is adjourned to April 6 at 4:30 pm. Defense submissions due March 23, Government submissions due March 30. No further adjournments.*

SO ORDERED 2/10/2020

SIDNEY H. STEIN
U.S.D.J.