March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

ANTHONY YOUNG

          Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 256 (__)(SHS)

Defendant __ANTHONY YOUNG__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Misdemeanor Plea/Trial/**Sentence** (circled)

Anthony Young by

__/s/ Sidney H. Sein__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Anthony Young**
Print Defendant's Name

_[signature]_ 10/5/2020
Defense Counsel's Signature

**Calvin H. Scholar**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

October 5, 2020
Date

_Sidney H. Stein_
U.S. District Judge/U.S. Magistrate Judge